# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

MYRTLE HYMAN,

        Plaintiff,

vs.

BONEFISH GRILL, LLC and DOES 1 through 100; and ROE CORPORATIONS 101 through 200,

        Defendant.

2:19-cv-00720-JAD-VCF

**ORDER**

Before the Court is the Emergency Motion to Enforce Settlement and Stay Discovery (ECF No. 23).

Accordingly, IT IS HEREBY ORDERED that the Emergency Motion to Enforce Settlement and Stay Discovery (ECF No. 23) will be briefed in the ordinary course.

IT IS FURTHER ORDERED that discovery is STAYED pending further order of the court. The dispositive motion deadline and the Joint Pre-Trial Order deadline are VACATED.

DATED this 21st day of October, 2020.

_____

CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE