**WILSON ELSER**
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

MICHAEL P. LOWRY, ESQ.
Nevada Bar No. 10666
E-mail: Michael.Lowry@wilsonelser.com
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, Nevada 89119
Tel: 702.727.1400/Fax: 702.727.1401
Attorneys for Bonefish Grill, LLC

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| MYRTLE HYMAN, an Individual, | Case No. 2:19-cv-720 |
| Plaintiff, | |
| vs. | **Stipulation and Order re Response Deadline** |
| BONEFISH GRILL, LLC; DOES 1 through 100; and ROE CORPORATIONS 101 through 200, inclusive, | ECF No. 27 |
| Defendant. | |

Plaintiff has filed a motion to enforce settlement, ECF No. 23. Defendant's response is presently due November 4. The parties stipulate to extend that deadline to November 10 due to ongoing discussions between Defendant and its counsel about options for opposing the motion.

| BERNSTEIN & POISSON | **WILSON ELSER** |
|---|---|
| */s/ Amber N. King* | */s/ Michael P. Lowry* |
| Amber N. King, Esq. (NBN 14070)<br>700 S. Jones Blvd.<br>Las Vegas, NV 89107<br>Attorneys for Myrtle Hyman | Michael P. Lowry, Esq. (NBN 10666)<br>6689 Las Vegas Blvd. South, Suite 200<br>Las Vegas, Nevada 89119<br>Attorneys for Bonefish Grill, LLC |

**IT IS SO ORDERED.**

_____
U.S. District Judge Jennifer A. Dorsey
Dated: November 9, 2020